FILED AUG 29 '02 PM 12:38 USDC ALS

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

PRISONER COMPLAINT [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

**Michael Dewayne Anderson**
Name under which you were convicted

**#156270**
Your prison number

vs.

**State of Alabama Et. Al.**
Name of Defendant(s)

CIVIL ACTION NO. **02-0661-BH-S**
(To be supplied by Clerk of Court)

**Fountain 3800, Atmore, Alabama - 36503**
Place of Confinement and Address

INSTRUCTIONS - READ CAREFULLY

A. Complaint Form. You must file your original complaint and a copy for each named Defendant. Your complaint must be clearly handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. Any false statement of material fact may serve as the basis for prosecution for perjury.

B. Proper Court. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. Separate Case. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

Revised 6/3/96

D. **Defendants.** The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

E. <u>Pleading the Complaint</u>. Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to</u> <u>each</u> <u>defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $120.00 filing fee or a motion to proceed without prepayment of fees and costs if you are unable to afford the filing fee and other costs associated with prosecuting this action.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees and Costs" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $120.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket</u> <u>number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any;

otherwise, the pleading will be stricken. See Fed. R. Civ. P. 11(a). No notary is required.

H. <u>Certificate of Service</u>. Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading <u>will</u> <u>be</u> <u>stricken</u> if it does not contain this certificate of service. See Fed. R. Civ. P. 5.

I. <u>Copies</u>. This Court <u>will</u> <u>not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>. <u>Do</u> <u>not</u> write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>. No evidence shall be sent to the Court for filing or storing.

I. <u>PREVIOUS LAWSUITS</u>.

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action: Yes (✓)   No (  )

B. Have you filed other lawsuits in state or federal court relating to your imprisonment: Yes (✓)   No (  )

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

   Plaintiffs: _Michael Dewayne Anderson_

   Defendants: _Robert F. Clark, Edward L.D. Smith_

   2. Court (if federal court, name the district; if state court, name the county): _Mobile County_

   3. Docket Number: _CV-99-0435, CV-99-0436_

   4. Were you granted the opportunity to proceed without payment of filing fees? Yes (✓)   No (  )

5. Name of judge to whom the case was assigned: _____
**Ferrill D. McRae**

6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.: _____
**Ferrill D. McRae denied as having No Activity since May 1, 2000**

7. Approximate date of filing lawsuit: **N/A**
8. Approximate date of ruling by court: **May 17, 2002**

II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred:
**State of Alabama**

B. Date it occurred: **Years**

C. Is there a prisoner grievance procedure in this institution?
**No**

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes ( )   No (✓)

E. If your answer is YES:

  1. What steps did you take? **N/A**

  2. What was the result? **N/A**

F. If your answer is NO, explain why not: **There is No Grievance Procedure.**

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary): **See Attached Sheet**

4

(1) Conspiracy by the trial Judge, District Attorney, Trial Counsel, 2 Appellate Counsels, Police Corporal, And the State of Alabama.

(2) The 1901 Constitution of Alabama Is Racist, And Descriminates Against Blacks, And wrote under White Supremecy Law;

(3) Alabama's Habitual Offender Act under 446 is Unconstitutional And Racially Motivated To Imprison The African Americans Within The State of Alabama;

(4) The Sixth Amendment Of The United States, And Alabama's Constitution 1901, is Bias And Prejudice;

The State Of Alabama, the Courts, and it's laws, are an ongoing performance of deceit and prejudicially acts of events with each other in power. The Blacks get no justice, and the whites get the pat on the back, and their wrongs are just over looked. Plaintiff asks this court to grant him (50,000,000.00) (Fifty Million Dollars), for Damages Punitively, and leaves Compensate Damages open for a later date. Alabama has injured the Plaintiff from birth, and he is inclinned to square up with the events that continuously take place in his travels of life. And that none of the defendants in this action can claim Qualified Immunity, because they were aware of their actions when taking them.

III. PARTIES.

A. Plaintiff (Your name/AIS): Michael Dewayne Anderson #156270

Your present address: Fountain 3800, Atmore AL 36503

B. Defendant(s):

1. Defendant (full name) "See Attached Sheets" is employed

5

is _____ at _____.

His/her present address is _____.

(a) Claim against this defendant: *Included in Claims;* _____

(b) Supporting facts (Include date/location of incident): *N/A* _____

2. Defendant (full name) *See Attached Sheet* _____ is employed

as _____ at _____.

His/her present address is _____.

(a) Claim against this defendant: *Included in Claims;* _____

(b) Supporting facts (Include date/location of incident): *N/A* _____

3. Defendant (full name) *See Attached Sheet;* _____ is employed

as _____ at _____.

His/her present address is _____.

(a) Claim against this defendant: *Included in Claims;* _____

(b) Supporting facts (Include date/location of incident): *N/A* _____

C. Additional Defendants: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV.  A.  You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: _Murder_

2. When were you convicted?  _Mobile_

3. What is the term of your sentence?  _life SENtance_

4. When did you start serving this sentence?  _February 19, 1997_

5. Do you have any other convictions which form the basis of a future sentence?   Yes ( )   No (✓)
If so, complete the following:

(a) Date of conviction: _N/A_

(b) Term of sentence: _____

6. What is your expected end of sentence (E.O.S.) date? _August 2006_

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | | Sentence |
|---|---|---|---|
| Reversed | yes( ) no( ) | | yes( ) no( ) |
| Expunged | yes( ) no( ) | N/A | yes( ) no( ) |
| Invalidated | yes( ) no( ) | | yes( ) no( ) |
| Writ of habeas corpus granted | yes( ) no( ) | | yes( ) no( ) |

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _N/A_

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

_Pay me ($50,000,000.00) Fifty Million Dollars For The Punitive Damages_

7

of INJURY that has occured from the State of Alabama, and the infliction of burdens that has been cast in my life.

VI. AFFIRMATION. By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

_____  
Date

_Michael Vivwayne Anderson_  
(Signature of Plaintiff Under Penalty of Perjury)

Fountain 3800  
Current Mailing Address

Atmore, Alabama - 36503

N/A  
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

From Page #5.

These Claims fall under: 42 USCS § 1985 (Conspiracy To Interfere With Civil Rights; (2) Obstruction Of Justice (3) Depriving Persons Of Rights And Privileges

42-USCS § 1981 Equal Rights Under The Law (C) Protection Against Impairment;

From Page, #6

## III. Parties:

B. <u>Defendants:</u> State of Alabama et. al.,
  Governor: Don Seigleman et. al.,
  Supreme Court Judge: Douglas I. Johnstone et. al.,
  District Attorney: John Tyson et. al.,
  Asst. District Attorney: Jo Beth Murphree et. al.,
  Asst. District Attorney: Martha Tierney et. al.,
  Judge: Robert E. Key et. al.,
  Judge: Herman Young Thomas et. al.,
  Warden: Jerry Ferrill et. al.,
  Captain: Martinez et. al.,
  Lieutenant: Richard Hetrick et. al.,